FILED

JAN 19 2017

CLERK OF THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

IN THE CIRCUIT COURT
FOR THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, EFFINGHAM, ILLINOIS

HASSAN MOHAMUD,          )
                         )
    Plaintiff,           )
                         )
vs.                      )   No. 17-L- 1
                         )
18 EXPRESS, INC., a corporation, )
and ADALBERTO CONTRERAS, )
                         )
    Defendants.          )

## COMPLAINT

Plaintiff, HASSAN MOHAMUD, by and through his attorney, Dennis L. Berkbigler, for his Complaint against Defendants, 18 EXPRESS, INC., and ADALBERTO CONTRERAS, alleges as follows:

### COUNT I - NEGLIGENCE AGAINST ADALBERTO CONTRERAS

1. On January 22, 2015, at approximately 8:15 p.m., plaintiff, HASSAN MOHAMUD, was driving his semi tractor-trailer truck eastbound on Interstate 70 near mile post 100 in Effingham County, Illinois.

2. At said time and place, as plaintiff approached and entered a construction zone, he slowed his vehicle to comply with the posted speed limit for that area.

3. At said time and place, Defendant, ADALBERTO CONTRERAS, was driving a semi tractor-trailer truck eastbound on Interstate 70 immediately behind plaintiff's vehicle.

4. At said time and place, Defendant, ADALBERTO CONTRERAS, negligently operated the vehicle he was driving in such a manner as to cause it to suddenly and without warning crash into the rear of plaintiff's vehicle, thereby inflicting serious personal injuries on



plaintiff.

5. Defendant, ADALBERTO CONTRERAS, was then and there guilty of one or more of the following negligent acts or omissions:

a) Failed to keep a proper, or any, lookout for other vehicles in the vicinity;

b) Drove his vehicle at an excessive speed, namely more than 55 miles per hour, while traveling through a highway construction zone, in violation of 625 ILCS 5/11-605(b);

c) Failed to reduce his speed as necessary to avoid colliding with the plaintiff's vehicle, in violation of 625 ILCS 5/11-601;

d) Failed to apply the brakes on his vehicle in time to prevent his vehicle from crashing into the plaintiff's vehicle.

6. The negligence of Defendant, ADALBERTO CONTRERAS, was a proximate cause of the collision of the defendant's vehicle with the plaintiff's vehicle and the personal injuries alleged in this Complaint.

7. Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was thereby greatly injured.

## COUNT II - NEGLIGENCE AGAINST 18 EXPRESS, INC.

1. On January 22, 2015, at approximately 8:15 p.m., plaintiff, HASSAN MOHAMUD, was driving his semi tractor-trailer truck eastbound on Interstate 70 near mile post 100 in Effingham County, Illinois.

2. At said time and place, as plaintiff approached and entered a construction zone, he slowed his vehicle to comply with the posted speed limit for that area.

3. At said time and place, Defendant, 18 EXPRESS, INC., owned the semi tractor-trailer truck which was being driven by its agent and employee, Defendant, ADALBERTO

CONTRERAS eastbound on Interstate 70 immediately behind plaintiff's vehicle.

4. At said time and place, Defendant, 18 EXPRESS, INC., by and through its agent and employee, Defendant, ADALBERTO CONTRERAS, negligently operated its vehicle in such a manner as to cause it to suddenly and without warning crash into the rear of plaintiff's vehicle, thereby inflicting serious personal injuries on plaintiff.

5. Defendant, 18 EXPRESS, INC., was then and there guilty of one or more of the following negligent acts or omissions:

a) Failed to keep a proper, or any, lookout for other vehicles in the vicinity;

b) Drove its vehicle at an excessive speed, namely more than 55 miles per hour, while traveling through a highway construction zone, in violation of 625 ILCS 5/11-605(b);

c) Failed to reduce his speed as necessary to avoid colliding with the plaintiff's vehicle, in violation of 625 ILCS 5/11-601;

d) Failed to apply the brakes on his vehicle in time to prevent his vehicle from crashing into the plaintiff's vehicle.

6. The negligence of Defendant, 18 EXPRESS, INC., was a proximate cause of the collision of the its vehicle with the plaintiff's vehicle and the personal injuries alleged in this Complaint.

7. Plaintiff then and there sustained severe and permanent injuries, both externally and internally, and was thereby greatly injured.

WHEREFORE, plaintiff prays that:

A. He be awarded compensatory damages in an amount in excess of $15,000.00 plus his costs incurred herein.

B. The Court grant such other and further relief as is just and proper.

HASSAN MOHAMUD, Plaintiff

By: _____
Dennis L. Berkbigler, his attorney

Dennis L. Berkbigler
Attorney for Plaintiff
208 S. Second Street
P.O. Box 523
Effingham, Illinois 62401
(217) 347-2770

**FILED**

IN THE CIRCUIT COURT
FOR THE FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, EFFINGHAM, ILLINOIS

JAN 19 2017

CLERK OF THE CIRCUIT COURT
FOURTH JUDICIAL CIRCUIT
EFFINGHAM COUNTY, ILLINOIS

| | |
|---|---|
| HASSAN MOHAMUD, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) No. 17-L-/ |
| 18 EXPRESS, INC., a corporation, and ADALBERTO CONTRERAS, | ) ) ) ) |
| Defendants. | ) |

### AFFIDAVIT RE DAMAGES SOUGHT (SUPREME COURT RULE 222)

DENNIS L. BERKBIGLER, on oath states that:

1. He is the attorney for the Plaintiff in the above-captioned matter.

2. The total of money damages sought in this action exceeds $50,000.00.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct.

_____
DENNIS L. BERKBIGLER

Dennis L. Berkbigler
Attorney for Plaintiff
208 S. Second Street
P.O. Box 523
Effingham, Illinois 62401
(217) 347-2770