# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| **HASSAN MOHAMUD**<br><br>*Plaintiff*<br><br>v.<br><br>**ADALBERTO CONTRERAS, et. al.,**<br><br>*Defendants* | **Case Number:** 3:17-CV-167-DGW |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** The Court having been advised by counsel for the parties that the above action has been settled pursuant to stipulation of the parties;

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on 8/17/2017, this case is **DISMISSED** with prejudice and without costs.

DATED:  October 11, 2017

JUSTINE FLANAGAN
ACTING CLERK OF COURT

By: s/Jackie Payton
Deputy Clerk

**APPROVED:**

*s/ Donald G. Wilkerson*
HON. DONALD G. WILKERSON
UNITED STATES MAGISTRATE JUDGE